IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRAMCO CV9, LLC

    Plaintiff

    v.

RAUL LLOVET LLOVET, et al.

    Defendants

CIVIL NO. 08-2071 (JP)

### FINAL JUDGMENT

The parties hereto have informed the Court that they have settled this case. Pursuant thereto, the Court hereby **ENTERS JUDGMENT FOR PLAINTIFF** to have and recover from Defendants the amount of **FOURTEEN THOUSAND SIX HUNDRED SEVENTY SIX DOLLARS AND ELEVEN CENTS ($14,676.11)**, which includes the June 2009 payment, **payable on or before March 23, 2010**. The contract will continue in full faith and effect. If Defendant defaults as to this payment obligation, Plaintiff may foreclose and execute the mortgage. This Judgment is entered without the imposition of costs or attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 23rd day of June, 2009.

_____
JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE

**AGREED TO BY:**

COUNSEL FOR PLAINTIFF

_____
CARLOS ALSINA BATISTA, ESQ.

COUNSEL FOR DEFENDANT

_____
REINALDO MALDONADO VELEZ, ESQ.